ACCEPTED
05-14-01029-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/16/2015 12:02:58 PM
LISA MATZ
CLERK

## No. 05-14-01029-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/16/2015 12:02:58 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **COREY LEE HOBBS** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOR THE FIFTH DISTRICT** |
| **STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

### FIRST MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW,** the Appellant, and requests this Court extend the time for filing an opening brief from February 15, 2015 to March 17, 2015, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

(A)     The deadline for filing Appellant's brief is currently February 15, 2015.

(B)     The length of extension sought is thirty (30) days.

(C)     The facts relied on to reasonably explain the need for an extension include the undersigned having filed briefs in the following cases since the brief was ordered filed, and continuous work on other pending cases:

Case No. 05-14-00954-CR, Barbara Kennedy Ward v. State; and

Case No. 05-14-01230-CR, Quincy Paul Reed v. State.

(D)     Appellant has not requested or been granted any previous extensions.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file an opening brief to March 17, 2015.

Respectfully submitted,

/s/ Riann C. Moore

Lynn Pride Richardson                    Riann C. Moore
Chief Public Defender                    Assistant Public Defender
Dallas County, Texas                     State Bar No. 24050279
                                         Frank Crowley Courts Building
                                         133 N. Riverfront Blvd., LB-2
                                         Dallas, Texas 75207-4399
                                         (214) 653-3550 *(phone)*
                                         (214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on Michael Casillas, Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by electronic service on February 16, 2015.

/s/ Riann C. Moore
Riann C. Moore